COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re FedEx Freight, Inc.,

Appellate case number:     01-17-00808-CV

Trial court case number:   2017-26601

Trial court:                133rd District Court of Harris County

Relator, FedEx Freight, Inc., has filed a petition for writ of mandamus, as well as a motion to stay all underlying proceedings. Real party in interest, James Wyatt, opposes the motion.

We deny the motion in part to the extent it requests a stay of discovery concerning Wyatt's claim of retaliation. As to all other proceedings in the trial court, we grant the motion and **ORDER** those proceedings **STAYED** pending resolution of this petition for writ of mandamus.

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey
                          ☑ Acting individually     ☐ Acting for the Court

Date:  November 21, 2017